## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Georgia

Case Number: CV123-112

Plaintiff: **Roe Briggs, as Surviving Spouse and Personal Representative of Deirdre Briggs, and Roe Briggs, as Administrator of the Estate of Deirdre Briggs**

vs.

Defendant: **Richmond County; Richmond County Board of Commissioners; Richmond County Sheriff, Richard Roundtree, in both his Official and Individual Capacity' and Casey Donald, in both his Official and Individual Capacity**

For:
Brent Kaufman
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403

Received by Ancillary Legal Corporation on the 22nd day of August, 2023 at 4:35 pm to be served on **Richard Roundtree, Richmond County Sheriff, 400 Walton Way, Augusta, GA 30901**.

I, William Scott, being duly sworn, depose and say that on the **28th day of August, 2023** at **3:49 pm**, I:

served Richard Roundtree, Richmond County Sheriff by delivering a true copy of the **Cover Letter to Sheriff Richard Roundtree, Summons in a Civil Action, Complaint for Damages** to: **Caleb Lee** as **Authorized to Accept** for **Richard Roundtree**, at the address of: **400 Walton Way, Augusta, GA 30901**.

**Additional Information pertaining to this Service:**
8/28/2023  3:49 pm  Description of Service:
I was told by the guard at the door the Sheriff Roundtree will not accept service. He called Internal Affairs Sgt Caleb Lee. The Sgt came down and stated he allowed to accept service. I had him write it on my worksheet. They will not allow taking pictures.
Recipient
Recipient:     Sgt. Caleb Lee
Age:     45
Ethnicity:     Caucasian
Gender:     Male
Weight:     200
Height:     5'10"
Hair:     Brown
Relationship:     Sgt in the Richmond county Sheriff office
Description of Recipient:
Service Address
400 Walton Way, Augusta, Ga 30901

## AFFIDAVIT OF SERVICE For CV123-112

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 29 day of August, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
Amy Amerson
My Commission Expires:
September 15, 2026

**William Scott**
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023008824
Ref: Briggs