IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROE BRIGGS, as Surviving Spouse and Personal Representative of Deirdre Briggs; and ROE BRIGGS, as Administrator of the Estate of Deirdre Briggs, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 123-112 |
| RICHMOND COUNTY; RICHMOND COUNTY BOARD OF COMMISSIONERS; RICHMOND COUNTY SHERIFF RICHARD ROUNDTREE; and CASEY DONALD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The above-captioned case was filed on August 10, 2023, Plaintiffs served their first Defendants on August 11, 2023, and all Defendants filed a motion to dismiss on August 31, 2023. (Doc. nos. 1, 4-6, 8.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. The pendency of the motion to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 26th day of October, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA