AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| ROE BRIGGS, as Surviving Spouse and Personal Representative of Deirdre Briggs; and ROE BRIGGS, as Administrator of the Estate of Deirdre Briggs,<br><br>Plaintiffs,<br><br>V.<br><br>RICHMOND COUNTY; RICHMOND COUNTY BOARD OF COMMISSIONERS; RICHMOND COUNTY SHERIFF RICHARD ROUNDTREE; and CASEY DONALD,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER:  CV 123-112 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered April 9, 2024, Defendants' motion to dismiss is granted, and this case stands closed.



| 4/9/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020